IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVIVSION

MORGAN LYNN MOSLEY                          PLAINTIFF

v.                       No. 4:17-cv-305-DPM

RICKY SHOURD, Sheriff, White County
Sheriff Office; PAUL HOFSTEAD, Deputy,
White County Sheriff Office; RICKY SMITH,
Administrator, Department of Human Services;
FELICIA HICKERSON, Case Worker, Department
of Family Protective Services; MONICA COLE,
Supervisor, Department of Family Protective
Services; RONNIE FOSTER, Captain, Anderson
County Sheriff Office; GARY TAYLOR, Sheriff,
Anderson County Sheriff Office; SHARON VAN
COMPERNOLLE, Great Grandparent of Child; and
JOHN VAN COMPERNOLLE, Great Grandparent
of Child                                                 DEFENDANTS

### ORDER

    **1.** Mosley hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*. She must do one or the other by 26 August 2017. If she doesn't, then her case will be dismissed without prejudice. LOCAL RULE 5.5(2).

    **2.** The Court directs the Clerk to send Mosley a free-world application to proceed *in forma pauperis* with a copy of this Order.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

26 July 2017